IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANTHONY CHARLES KNAPP                                                     PLAINTIFF

v.                                        CASE NO. 2:23-cv-2086

SHERIFF HOBE RUNION and
JANE OR JOHN DOE JAIL
ADMINISTRATOR                                                           DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 5) from U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to state a claim upon which relief may be granted. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this August 29, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE